IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DARYL ARMSTRONG, JR.,

                **Petitioner,**

v.                                        CASE NO. 23-3141-JWL

DON LANGFORD,

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Daryl Armstrong, Jr. It comes before the Court on Petitioner's status report (Doc. 9) regarding his ongoing state-court proceedings. In short, Petitioner's most recent K.S.A. 60-1507 action, which the state district court dismissed in April 2023, appears to have tolled the statute of limitations for this federal habeas matter, but Petitioner has not yet docketed his appeal from the dismissal. In July 2023, however, Petitioner filed in the state district court a motion for appointment of counsel, which remains pending, so that counsel may help him perfect his appeal. In his latest status report, Petitioner advises that he has filed a document with the state court seeking a ruling on the motion for appointment of counsel, to which he alleges he is legally entitled. (Doc. 9, p. 2-3.)

Thus, Petitioner will be directed to file a future status report updating this Court on his state-court proceedings with the information identified below. Petitioner shall file the status report as soon as possible after the state district court rules on the motion to appoint counsel but no later than December 27, 2023. If the state district court rules on the motion to appoint counsel, Petitioner should include in his status report how the state court ruled and, if possible, provide this court with

1

a copy of that ruling. If the state district court does not rule on the motion to appoint counsel by December 20, 2023, Petitioner should so inform this Court and provide in his status report a description of any action he has taken to further the state-court proceedings. Upon receiving the status report, this Court will review it and issue further orders as necessary.

**IT IS THEREFORE ORDERD THAT** Petitioner is granted until and including December 27, 2023, in which to file a status report containing the information identified above.

**IT IS SO ORDERED.**

DATED:   This 26th day of October, 2023, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge