IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DARYL ARMSTRONG, JR.,**

                                       **Petitioner,**

       v.                                                         CASE NO. 23-3141-JWL

**DON LANGFORD,**

                                       **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Daryl Armstrong, Jr. It is currently stayed pending the completion of related state court proceedings. It comes now before the Court on Petitioner's most recent status reports. (Docs. 19 and 20.) The Court has carefully read and considered the filings and will direct Petitioner to file a future status report on the state-court appeal.

**IT IS THEREFORE ORDERED THAT** Petitioner is ordered to file a written status report on or before August 27, 2024 advising this Court of the status of his state-court appeal.

**IT IS SO ORDERED.**

DATED:  This 25th day of June, 2024, at Kansas City, Kansas.

                                                                  S/ John W. Lungstrum
                                                                   JOHN W. LUNGSTRUM
                                                                   United States District Judge