IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DARYL ARMSTRONG, JR.,**

                **Petitioner,**

    v.                                          CASE NO. 23-3141-JWL

**DON LANGFORD,**

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner Daryl Armstrong, Jr., a Kansas state prisoner. It is currently stayed pending the completion of related state-court proceedings. It comes before the Court on Petitioner's status report filed August 20, 2024, which advises that Petitioner has heard from counsel appointed to represent him in that matter. (Doc. 22.) The Court will direct Petitioner to file another status report regarding his state appeal on or before December 20, 2024.

**IT IS THEREFORE ORDERED THAT** Petitioner is granted until and including December 20, 2024, in which to file a written status report regarding his state-court appeal, after which the Court will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:  This 20th day of August, 2024, at Kansas City, Kansas.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      United States District Judge