IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DARYL ARMSTRONG, JR.,**

                      **Petitioner,**

     v.                                           **CASE NO. 23-3141-JWL**

**DON LANGFORD,**

                        **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Daryl Armstrong, Jr. It is currently stayed pending the completion of related state-court proceedings. It comes before the Court on Petitioner's status report filed December 17, 2024, which includes the brief filed on Petitioner's behalf in the pending state-court appeal. (Doc. 24.) In the status report, Petitioner advises that he will notify this Court when he receives any further filings in the state-court appeal.

**IT IS THEREFORE ORDERED THAT** Petitioner is granted until and including **April 21, 2025**, in which to file a written status report regarding his state-court appeal, after which the Court will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:  This 17th day of December, 2024, at Kansas City, Kansas.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      United States District Judge