IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DARYL ARMSTRONG, JR.,**

                **Petitioner,**

    v.                                                        **CASE NO. 23-3141-JWL**

**DON LANGFORD,**

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Daryl Armstrong, Jr. It is currently stayed pending the completion of related state-court proceedings. It comes before the Court on Petitioner's status report filed April 21, 2025, which includes the appellee's brief filed in the pending state-court appeal on February 25, 2025. (Doc. 26.) In the status report, Petitioner notes that the copy of the brief he submits was received from his family and that the lawyer representing him in the state appeal has not responded to Petitioner's requests for information, only requests from Petitioner's family. Petitioner further advises that if he receives a copy from his attorney, he will provide the date of the postmark on that copy. Finally, Petitioner states that he will notify this Court when he receives any further information about or filings in the state-court appeal.

Petitioner need not provide a postmark date from any subsequent copy of the appellee's brief he may receive from his attorney. The Court appreciates Petitioner's efforts and will direct him only to file another status report no later than August 21, 2025 updating the Court on any further progress in his state appeal.

2

**IT IS THEREFORE ORDERED THAT** Petitioner is granted until and including **August 21, 2025**, in which to file a written status report regarding his state-court appeal, after which the Court will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 22nd day of April, 2025, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge