IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DARYL ARMSTRONG, JR.,**

                **Petitioner,**

v.                                    CASE NO. 23-3141-JWL

**DON LANGFORD,**

                **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Daryl Armstrong, Jr. It is currently stayed pending the completion of related state-court proceedings. On August 19, 2025, Petitioner filed a status report in which he notes some events that have occurred in state court, reasserts that his state convictions were unconstitutional, and asks the Court to review his facts and arguments. (Doc. 29, p. 1-2.) As previously stated, the Court will not consider the claims in this federal habeas action until the related state-court proceedings are final.

**IT IS THEREFORE ORDERED THAT** Petitioner is granted until and including **November 21, 2025**, in which to file a written status report regarding his state-court appeal, after which the Court will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:  This 20th day of August, 2025, at Kansas City, Kansas.

                                              S/ John W. Lungstrum
                                              JOHN W. LUNGSTRUM
                                              United States District Judge